FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2025

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIANA K'BURG,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | No. 2:25-CV-00027-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulation to Dismiss Entire Action With Prejudice, ECF No. 16. Plaintiff is represented by Stacy Tucker. Defendant is represented by Gabriel Baker and Sarah Swale.

    Pursuant to Fed. R. Civ. P. 41(a), the parties request the Court dismiss this action with prejudice and with each party bearing their own attorneys' fees and costs. The Court grants the motion.

    Accordingly, **IT IS ORDERED:**

    1.    The parties' Stipulation to Dismiss Entire Action With Prejudice, ECF No. 16, is **GRANTED**.

//

//

//

//

**ORDER OF DISMISSAL** ~ 1

2.    This matter is **DISMISSED with prejudice**, with each party bearing their own attorneys' fees and costs and waiving all rights of appeal.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 30th day of May 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL ~ 2**